# Court of Appeals
# of the State of Georgia

ATLANTA, March 22, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1250. ACTAVIOUS LANGSTON v. THE STATE.

A jury found Actavious Langston guilty of armed robbery, possession of a firearm during the commission of a crime, and pointing a pistol at another, and his convictions were affirmed on appeal in an unpublished opinion. See Case Number A10A1300, decided Sept. 21, 2010. Langston subsequently filed a "Motion for Hearing on Constitutional Claims," which the trial court construed as an extraordinary motion for new trial. The trial court denied the motion, and Langston filed this direct appeal.[1]

Pursuant to OCGA § 5-6-35 (a) (7), an order denying an extraordinary motion for a new trial must be appealed by application for discretionary appeal. Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED. See *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 03/22/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Langston appealed to the Supreme Court, which transferred the case to this Court.